```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

RAJKA SUBARIC,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )    No.  11 C 9222
                                )
INTERNATIONAL BROTHERHOOD       )
TEAMSTERS LOCAL #781,           )
                                )
          Defendant.            )
```

MEMORANDUM ORDER

This Court's January 5, 2012 memorandum order ("Order") was issued sua sponte to require pro se plaintiff Rajka Subaric ("Subaric") to offer more than her Complaint ¶27's skeletal assertion of the failure of her union (defendant International Brotherhood of Teamsters Local #781) to provide her with fair representation in her grievance against her employer, United Airlines. In addition to drawing Subaric's attention to a relevant decision by our Court of Appeals, the Order directed her "to flesh out that generalized allegation on or before January 23, 2012."

That due date came and went more than a week ago without any response from Subaric. Not only has she failed to meet what the Order referred to as "the 'plausibility' requirement that the Twombly-Iqbal canon now requires of any plaintiff," but she has failed to show that her denial-of-fair-representation claim had been brought within the six-month time frame mandated by Del Costello v. Teamsters, 462 U.S. 151 (1983). Accordingly both the

Complaint and this action are dismissed--both because of Subaric's failure to comply with the Order and due to untimeliness.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date:  February 1, 2012